**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WALTER L. LOWE, JR., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> WARNER MEDIA LLC, WARNER § <br> BROS. ENTERTAINMENT INC., WB § <br> STUDIO ENTERPRISES, INC., § <br> WARNER BROS. ANIMATION, HOME § <br> BOX OFFICE, INC., REDBOX § <br> AUTOMATED RETAIL LLC, § <br> AMAZON.COM, INC., WALMART, § <br> INC., BEST BUY CO., INC., APPLE § <br> INC., and GOOGLE LLC., § <br> § <br> *Defendants*. § | Case No. 2:21-cv-00176-JRG-RSP |

## ORDER

Before the Court is Plaintiff Walter L. Lowe, Jr.'s Notice of Dismissal of Claims. (Dkt. No. 43.) In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 17th day of August, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE